UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 5:26-cv-00292-HDV-AS | Date | February 6, 2026 |
|---|---|---|---|
| Title | *William Alexander Rivera-Flores v. Homan et al.* | | |

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING PETITIONER'S REQUEST FOR TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE**

Petitioner William Alexander Rivera-Flores, proceeding in pro per, filed a Petition for Writ of Habeas Corpus on January 23, 2026. [Dkt. 1]. Petitioner filed an *Ex Parte* Application for Temporary Restraining Order on February 3, 2026 (the "Application"). [Dkt. 8].

The Court applies the *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 5, 20 (2008) factors and finds that, although Petitioner has shown numerous forms of irreparable harm, as of now, he has not met his burden of establishing a probability of success on the merits. The Court therefore denies the Application, without prejudice.

The Court refers the case to the Federal Public Defender ("FPD") for consideration of appointment of counsel for Petitioner. The FPD is ordered to file a response by **February 13, 2026**, indicating whether the FPD will represent Petitioner in this matter. This obligation shall be satisfied if the FPD files a notice of appearance in this case. The Clerk of Court is directed to serve a copy of this order on the FPD.

**IT IS SO ORDERED.**

**cc: Jonathan Aminoff, FPD non-capital habeas chief**