JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| WILLIAM ALEXANDER RIVERA-FLORES,<br><br>                    Petitioner,<br><br>        v.<br><br>THOMAS HOMAN, et. al.,<br><br>                    Respondents. | Case No. EDCV 26-0292-HDV (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is DENIED and dismissed without prejudice.

DATED: June 11, 2026

_____
HERNAN D. VERA
UNITED STATES DISTRICT JUDGE